UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DNJ CRIMINAL NO. 2:09-MI-811201 |
| V. | : | EDMO CRIMINAL NO. 4:07-CR-0772 |
| ELAN SARAF, | : | ORDER FOR RETURN OF DEPOSIT OF BAIL |
| Defendant | : | |

It appearing that the above-captioned defendant was held in bail by the United States District Court for the Eastern District of Michigan for appearance before the Court and that the sum of TEN THOUSAND DOLLARS ($10,000.00) was deposited into the Registry of the United States District Court for the District of New Jersey on behalf of the Eastern District of Michigan as security for the said recognizance, and

It further appearing that the purposes of said recognizance have been fulfilled as stated in the attached Order of the Honorable Charles E. Binder, U.S.M.J., Eastern District of Michigan, Northern Division, dated October 15, 2009,

IT IS ON THIS  16th  day of November, 2009,

ORDERED THAT the sum of TEN THOUSAND DOLLARS ($10,000.00) be paid to the surety of record, Elan Saraf, 54 Polk Street, Apt. 3N, Newark, NJ 07105.

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

UNITED STATES OF AMERICA

CASE NO: 09-30300

vs.

MAGISTRATE JUDGE CHARLES E. BINDER

ELAN SARAF

_____/

### ORDER ON MOTION TO DISMISS

Upon consideration of the government's motion, **IT IS ORDERED** that the motion is **granted**, and the complaint against this Defendant is **dismissed without prejudice**, and the Defendant's bond is **exonerated**.

Review of this Order is governed by 28 U.S.C. § 636(b)(1)(A) and E.D. Mich. LR 72.1(d)(1). Pursuant to Local Rule 72.1(d)(2), a copy of any objections is to be served upon this Magistrate Judge.

                                s/ *Charles E. Binder*
                                CHARLES E. BINDER
Dated: October 15, 2009         United States Magistrate Judge

### CERTIFICATION

I hereby certify that this Order was electronically filed this date, electronically served on Roy Kranz and Sebastian Rucci, and served on Pretrial Services and the U.S. Marshal's Service by other means.

Date: October 15, 2009      By___s/*Jean L. Broucek*___
                            Case Manager to Magistrate Judge Binder